UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WINDELS MARX LANE & MITTENDORF, LLP
Rodman E. Honecker
rhonecker@windelsmarx.com
120 Albany Street Plaza
New Brunswick, New Jersey 08901

TUCKER ELLIS LLP
David J. Steele (*pro hac vice* pending)
david.steele@tuckerellis.com
Howard A. Kroll (*pro hac vice* pending)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (*pro hac vice* pending)
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COACHELLA MUSIC FESTIVAL, LLC,
and GOLDENVOICE, LLC,

       Plaintiffs,

     v.

RAASHAUN CASEY a/k/a DJ ENVY,
DJ ENVY, LLC, a NEW JERSEY LIMITED
LIABILITY COMPANY, DJ ENVY AUTO,
LLC, a NEW JERSEY LIMITED LIABILITY
COMPANY, and
DOES 1-20,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 2:21-cv-17624-CCC-JBC

**STIPULATION AND ORDER GRANTING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiffs Coachella Music Festival, LLC, And Goldenvoice, LLC, (collectively, "Plaintiffs") and Defendants Raashaun Casey a/k/a DJ Envy, DJ Envy, LLC, and DJ Envy Auto, LLC (collectively, "Defendants"), through their respective counsel, hereby stipulate as follows:

1. On September 28, 2021, Plaintiffs filed their Emergency Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 6); and

2. The Parties stipulate to entry of the requested relief.

**NOW THEREFORE, IT IS ORDERED** that the application for Preliminary Injunction and Temporary Restraining Order is **GRANTED**.

**IT IS FURTHER ORDERED** that, Defendants, as well as their officers, agents, servants, employees, and attorneys, as well as all other persons or entities who are in active concert or participation with them and who have received actual notice of this order, are preliminarily enjoined from:

1. Engaging in any infringing activity, including advertising, promoting, marketing, franchising, selling and offering for sale any goods or services in connection with the COACHELLA Marks[1] or any similar mark, including but not limited to CARCHELLA, with such use including printed and physical materials and online use, including but not limited to use on social media or as an internet domain name, and advertisements on radio or television or any other media;

2. Hosting, producing, or promoting any event named CARCHELLA or any similar designation; and

---

[1] The Coachella Marks include COACHELLA, COACHELLA (stylized), CHELLA, and COACHELLA VALLEY MUSIC AND ARTS FESTIVAL.

3.      Assisting, aiding, or abetting any other person or entity in engaging in or

performing any of the activities recited in paragraphs (1)-(2), above.

This order is effectively immediately without Plaintiffs having to file an undertaking

pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:   10/1/2021                     _____
                                         CLAIRE C. CECCHI
                                         United States District Judge

DATED: September 30, 2021              Windels Marx Lane & Mittendorf, LLP

                                      By:  /s/ Rodman E. Honecker
                                          Rodman E. Honecker
                                          rhonecker@windelsmarx.com
                                          120 Albany Street Plaza
                                          New Brunswick, New Jersey 08901
                                          Tel: (732) 448-2534
                                          Fax: (732) 846-8877

                                      Tucker Ellis LLP
                                          David J. Steele
                                          Howard A. Kroll
                                          Steven E. Lauridsen

                                          Attorneys for Plaintiffs,
                                          Coachella Music Festival, LLC, and
                                          Goldenvoice, LLC

DATED: September 30, 2021                 Davis Wright Tremaine LLP


By: _____
     Rasheed McWilliams
     rasheedmcwilliams@dwt.com
     865 S Figueroa Street, Suite 2400
     Los Angeles, CA 90017
     Tel: (213) 633-8620
     Fax: (213) 633-6899

     Attorneys for Defendants,
     Raashaun Casey a/k/a DJ Envy, DJ Envy,
     LLC, and DJ Envy Auto, LLC